*(handwritten)* P.O. Box 11914 Honolulu HI 96828

*(handwritten)* Work phone (808) 733-4900 FAX 733-4929

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 08 2018

at 2 o'clock and 55 min P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF __Hawaii__

_____ DIVISION

*(Write the District and Division, if any, of*
*the court in which the complaint is filed.)*

---

John Sitki Bade
_____
_____

*(Write the full name of each plaintiff who is filing*
*this complaint. If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

-against-

Black Hawk Security LLC
Hawaiian Properties Limited
Kapiolani Manor Association

*(Write the full name of each defendant who is*
*being sued. If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

**Complaint and Request For Injunction**

Case No. **CV18 00167 LEK RLP**

*(to be filled in by the Clerk's Office)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | John S. Aki Bade |
| Street Address | 1655 Makaloa Street Apt 901 |
| City and County | Honolulu HI |
| State and Zip Code | HI   96814 |
| Telephone Number | Work - 808· 733-4900 |
| E-mail Address | N/A |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Black Hawk Security LLC |
| Job or Title (if known) | |
| Street Address | 2800 Woodlawn Drive Suite 240 |
| City and County | Honolulu |
| State and Zip Code | HI   96822-1864 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Hawaiian Properties Limited |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

|  |  |
|---|---|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 3

|  |  |
|---|---|
| Name | Kapiolani Manor Association |
| Job or Title (if known) | _____ |
| Street Address | 1655 Makaloa Street 3rd Floor |
| City and County | Honolulu |
| State and Zip Code | HI      96814 |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Regulatory Standards UL2034

Regulatory Standards UL1484

Clean Water Act

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* Sam Stancioff, is a citizen of the State of *(name)* Hawaii.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.   If the defendant is a corporation

The defendant, *(name)* Kapiolani Med Asc, is
incorporated under the laws of the State of *(name)*
_____Hawaii_____, and has its principal place of
business in the State of *(name)* _____Hawaii_____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)* See attached

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____Federal laws were intentionally_____
_____broken and then were intentionally_____
_____attempted to be covered up._____

### III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the injunction or
other relief sought.  State how each defendant was involved and what each defendant did
that caused the plaintiff harm or violated the plaintiff's rights, including the dates and
places of that involvement or conduct.  If more than one claim is asserted, number each
claim and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?
_____1655 Makaloa Street Honolulu HI 96814_____
_____
_____
_____
_____

5

✳ Attached list of defendants
for complaint that are corporations

C. The defendant, Hawaiian Properties Limited is incorporated under the laws of the State of Hawaii, and has its principle place of business in the State of Hawaii

d. The defendant, Black Hawk Security LLC is incorporated under the laws of the State of Hawaii, and has its principle place of business in the State of Hawaii

*Attached Relief*

# ATTENTION RESIDENTS

# WATER SHUT DOWN

## ALL FLOORS: 3 - 27

## Date: <u>Wednesday, May 2, 2018</u>
## Hours:  <u>9am to 12noon</u>

Please help us prevent flooding by turning off all of your faucets before you leave your unit.

If you coordinate with a plumber to do repairs to your unit during this time, please inform the management office.

After the water is back on, please let your bath and sink faucets run until the air pockets are gone. This will restore the water pressure to normal levels and prevent any backups.

Mahalo,
Kapiolani Manor
Management – 4/27/18

# REPLACING DRAIN PIPES

# May 2, 2018
# 7:30am – 4:00pm

**\*Must vacate parking stalls:**
5112, 5113, 7106, 7107, 9119, 9120

**\*Must empty lockers:**
803, 804, 1214, 1217, 2618, 2618A, 2710B

# 15 Stack-<u>DO NOT USE ANY WATER</u>
***Don't flush toilet, don't use sinks, shower, etc.***

## Units:
415, 515, 615, 715, 815, 915, 1015, 1115, 1215
1315, 1415, 1515, 1615, 1715, 1815, 1915,
2015, 2115, 2215, 2315, 2415, 2515, 2615

*Thank you for your patience and cooperation*

Mahalo,
Kapiolani Manor
Management 4/26/18

# REPLACING DRAIN PIPES

# May 7, 2018
# 7:30am – 4:00pm

**\*Must vacate parking stalls:**
7115, 7117, 9128, 9130

**\*Must empty lockers:**
806, 807, 1215, 1216

# 18 Stack-<u>DO NOT USE ANY WATER</u>
*Don't flush toilet, don't use sinks, shower, etc.*

## Units:
418, 518, 618, 718, 818, 918, 1018, 1118, 1218
1318, 1418, 1518, 1618, 1718, 1818, 1918,
2018, 2118, 2218, 2318, 2418, 2518, 2618

*Thank you for your patience and cooperation*

Mahalo,
Kapiolani Manor
Management 4/26/18

# REPLACING DRAIN PIPES

# May 8, 2018
# 7:30am – 4:00pm

**\*Must vacate parking stalls:**
5124, 5125, 7118, 7119, 9131, 9132

**\*Must empty lockers:**
617, 618, 711, 712

## 4 Stack-<u>DO NOT USE ANY WATER</u>
*Don't flush toilet, don't use sinks, shower, etc.*

## Units:
404, 504, 604, 704, 804, 904, 1004, 1104, 1204
1304, 1404, 1504, 1604, 1704, 1804, 1904,
2004, 2104, 2204, 2304, 2404, 2504, 2604

*Thank you for your patience and cooperation*

Mahalo,
Kapiolani Manor
Management 4/26/18

# REPLACING DRAIN PIPES

# May 9-10, 2018 (Wed & Thurs)

# 7:30am – 4:00pm

## *Must vacate parking stalls:
5127, 5128, 7121, 7122, 9134, 9135, 9136

## *Must empty lockers:
415, 416, 417, 418, 511, 512, 513, 514

## 2 & 3 Stacks-<u>DO NOT USE ANY WATER</u>

### *Don't flush toilet, don't use sinks, shower, etc.*

Units:

402, 403, 502, 503, 602, 603, 702, 703, 802, 803, 902, 903, 1002, 1003, 1102, 1103, 1202, 1203, 1302, 1303, 1402, 1403, 1502, 1503, 1602, 1603, 1702, 1703, 1802, 1803, 1902, 1903, 2002, 2003, 2102, 2103, 2202, 2203, 2302, 2303, 2402, 2403, 2502, 2503, 2602, 2603

*Thank you for your patience and cooperation*

Mahalo,
Kapiolani Manor
Management 4/26/18

# REPLACING DRAIN PIPES

# May 11, 2018
# 7:30am – 4:00pm

**\*Must vacate parking stalls:**
5130, 5131, 7124, 7125, 9136, 9137

**\*Must empty lockers:**
901, 902, 903, 904

## 1 Stack-<u>DO NOT USE ANY WATER</u>
*Don't flush toilet, don't use sinks, shower, etc.*

Units:
401, 501, 601, 701, 801, 901, 1001, 1101, 1201
1301, 1401, 1501, 1601, 1701, 1801, 1901,
2001, 2101, 2201, 2301, 2401, 2501, 2601

*Thank you for your patience and cooperation*

Mahaio,
Kapiolani Manor
Management 4/26/18

# REPLACING DRAIN PIPES

# May 14, 2018
# 7:30am – 4:00pm

**\*Must vacate parking stalls:**
7077, 7078, 9083, 9084

**\*Must empty lockers:**
401, 402, 403, 404

## 5 Stack-<u>DO NOT USE ANY WATER</u>

*Don't flush toilet, don't use sinks, shower, etc.*

Units:

405, 505, 605, 705, 805, 905, 1005, 1105, 1205
1305, 1405, 1505, 1605, 1705, 1805, 1905,
2005, 2105, 2205, 2305, 2405, 2505, 2605

*Thank you for your patience and cooperation*

Mahalo,
Iolani Manor
Management 4/26/18

# REPLACING DRAIN PIPES
# May 15-16, 2018 (Tues & Wed)
# 7:30am – 4:00pm

**\*Must vacate parking stalls:**
5083, 5084, 7080, 7081, 9086, 9087, 9088

**\*Must empty lockers:**
501, 502, 503, 504, 1007, 1008, 1009, 1010

## 6 & 7 Stacks-DO NOT USE ANY WATER
*Don't flush toilet, don't use sinks, shower, etc.*

Units:
406, 407, 506, 507, 606, 607, 706, 707, 806, 807, 906, 907, 1006, 1007, 1106, 1107, 1206, 1207, 1306, 1307, 1406, 1407, 1506, 1507, 1606, 1607, 1706, 1707, 1806, 1807, 1906, 1907, 2006, 2007, 2106, 2107, 2206, 2207, 2306, 2307, 2406, 2407, 2506, 2507, 2606, 2607

*Thank y... ...r patience and cooperation*

# REPLACING DRAIN PIPES

# May 17-18, 2018 (Thurs & Fri)

# 7:30am – 4:00pm

## *Must vacate parking stalls:
5087, 5088, 7084, 7085, 9090, 9091

## *Must empty lockers:
609, 610, 1014, 1015, 1016, 1017, 1018, 1111

## 8 & 9 Stacks-<u>DO NOT USE ANY WATER</u>
*Don't flush toilet, don't use sinks, shower, etc.*

## Units:
408, 409, 508, 509, 608, 609, 708, 709, 808, 809, 908, 909, 1008, 1009, 1108, 1109, 1208, 1209, 1308, 1309, 1408, 1409, 1508, 1509, 1608, 1609, 1708, 1709, 1808, 1808, 1909, 1908, 2009, 2008, 2109, 2108, 2209, 2208, 2308, 2309, 2408, 2409, 2508, 2509, 2608, 2609

*Thank you for your patience and cooperation*

Halo,
Iolani Manor
Management 4/26/18

# REPLACING DRAIN PIPES
# May 21-22, 2018 (Mon & Tues)
# 7:30am – 4:00pm

**\*Must vacate parking stalls:**
5091, 7089, 7090, 9094, 9095, 9096

**\*Must empty lockers:**
1218, 1311, 1313, 1314

**10 & 11 Stacks-**<u>**DO NOT USE ANY WATER**</u>
*Don't flush toilet, don't use sinks, shower, etc.*

Units:
410, 411, 510, 511, 610, 611, 710, 711, 810, 811, 910,
911, 1010, 1011, 1110, 1111, 1210, 1211, 1310, 1311,
1410, 1411, 1510, 1511, 1610, 1611, 1710, 1711, 1810,
1811, 1910, 1911, 2010, 2011, 2110, 2111, 2210, 2211,
2310, 2311, 2410, 2411, 2510, 2511, 2610, 2611

*Thank you for your patience and cooperation*

Mahalo,
Kapiolani Manor
Management 4/26/18

# REPLACING DRAIN PIPES

# May 23-24, 2018 (Wed & Thurs)

# 7:30am – 4:00pm

**\*Must vacate parking stalls:**
7092, 7093, 9097, 9098, 9099

**\*Must empty lockers:**
810, 811, 812, 915, 916, 917

## & 13 Stacks-<u>DO NOT USE ANY WATER</u>
*Don't flush toilet, don't use sinks, shower, etc.*

Units:
412, 413, 512, 513, 612, 613, 712, 713, 812, 813, 912,
913, 1012, 1013, 1112, 1113, 1212, 1213, 1312, 1313,
1412, 1413, 1512, 1513, 1612, 1613, 1712, 1713, 1812,
1813, 1912, 1913, 2012, 2013, 2112, 2113, 2212, 2213,
2312, 2313, 2412, 2413, 2512, 2513, 2612, 2613

*Thank you for your patience and cooperation*

Mahalo,
Kapiolani Manor
Management 4/26/18

# REPLACING DRAIN PIPES

# May 25, 2018
# 7:30am – 4:00pm

**\*Must vacate parking stalls:**
5099, 7095, 7096, 9101, 9102

**\*Must empty lockers:**
715, 716, 718, 816

## 14 Stack-DO NOT USE ANY WATER
*Don't flush toilet, don't use sinks, shower, etc.*

## Units:
414, 514, 614, 714, 814, 914, 1014, 1114, 1214
1314, 1414, 1514, 1614, 1714, 1814, 1914,
2014, 2114, 2214, 2314, 2414, 2514, 2614

*Thank you for your patience and cooperation*

Mahalo,
Kapiolani Manor
Management 4/26/18

# REPLACING DRAIN PIPES

## P1 – P3

## May 2 – 25, 2018 (estimated)
## 7:30am – 4:00pm (M-F)

## Work will affect:

## -water usage each stack
## -select parking stalls
## -select lockers

Specific dates & times that affect each unit will be posted soon

Thank you for your patience and cooperation

Mahalo,
Kapiolani Manor
Management 4/24/18

B.   What date and approximate time did the events giving rise to your claim(s) occur?

August 2013 till the present

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

The Kapiolani Manor drain lines are producing methane gas and carbon Monoxide and the buildings association, management company and or site manger hired Black Hawk Security to use these resources to cause physical injury and or death to anyone they choose

## IV.  Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Monetary damages could not be measured because this type of retaliation and or punishment against Owners and tenants whom they feel deserve it has happened before and will continue to happen unless stopped.

## V.  Relief

State briefly and precisely what relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(claim1) Stop the construction of the drain line replacement that runs from May 2nd till June 1st 2018 So plumbing inspections can be made to confirm these allegations. (See attached Relief)

6

attached Relief

Claim#2   Repair walls and ceiling to my apartment and
others affected

Claim 3   Remove any and all mold caused by these
drain lines to my apartment and other units
affected.

Claim 4   Terminate and not rehire Black Hawk Security or
any other private agency to cause harm &or
harass tenants and or owners whom the association
chooses

Claim 5

Compensation of Ten million US dollars
for punitive damages because the buildings
association and mangement company knowly caused
physical harm and attempted loss of
life to myself and others.

_____

_____

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 8 , 20 18

Signature of Plaintiff

Printed Name of Plaintiff    John S.Hki Bale

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____

7