ORIGINAL

John Sitki Bade  Pro Se

P.O.Box 12004 Honolulu Hi 96828

808 733-4900 ext 332

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 18 2018
at 3 o'clock and 00 min.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| John Sitki Bade | CIVIL No. CV 18-00167-JAO-RLP |
| Plaintiff, | |
| | PLAINTIFFS' |
| Vs. | MOTION FOR TEMPORARY RESTRAINIG ORDER; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JOHN SITKI BADE; EXHIBITS 1-7; CERTIFICATE OF SERVICE |
| Black Hawk Security LLC. | |
| Hawaiian Properties Limited | |
| Kapiolani Manor Association | |
| Defendants. | |

IN THE UNITED STATES DISRTRICT COURT

FOR THE DISTRICT OF HAWAII

John Sitki Bade

Civil No. CV 18-00167-JAO-RLP

MEMORANDUM IN SUPPORT

OF MOTION

Plaintiff,

Vs.

Black Hawk Security LLC.

Hawaiian Properties Limited

Kapiolani Manor Association

Defendants.

### MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

1. INTRODUCTION

    I John Sitki Bade as the owner of apt 901 at the Kapiolani Manor bldg.. located at 1655 Makaloa st Honolulu HI.Since submitting papers in District Court for the violations of the Clean Water Act and violations in the discharge of methane gas and carbon monoxide through the bldgs. Sewer system I have been suffering immediate and irreparable injury, loss and damages by means of retaliation by the condo association, its employees, resident/owners as well as the management company Hawaiian Properties. Because of the bldgs. High percentage of Federal and Military personal they have taken it upon themselves to be Judge and jury by utilizing their Federal powers to sway decisions in civil matters there way.

2. Factual Background

The irreparable injury, loss and damages began shortly after the City & county Building Inspectors office issued a violation and fines due to my formal complaint.( see Exhibit 1 ). Not soon after the break in's started to occur and continued to occur up until this month. (see Exhibit 2 ) which is difficult to imagine since the building is secure with cameras ,maintenance personal and a Site manager. Things only got worse when this case was filed. Threats to my life were implied. ( see Exhibit 3 ) The temperature began to rise dramatically as the insulation in the walls were removed and some type of

1

steam was released. (see Exhibit 4 ) Then the invasion of privacy and harassment escalated when the military residents who call themselves "Team Liberty" began repelling down from the upper lanais by means of a hook and pulley system and began taking still imagery with some type of flash powder. (See EXHIBIT 5 )Finally I'm beginning to think that because of my Mothers Middle Eastern background (Turkish) I have been racially profiled. A high pitched siren is heard from across the street and I see a red lite similar to a laser pointer. Then a single engine plane flies over head and a few minutes later a loud jet engine. (See Exhibit 6).

3. Conclusion.
   With all the damages incurred under rule 65 (c) Security I'm requesting $ 42,000.00 to cover the costs of repairs to the ceiling,walls,tile flooring front door and glass windows.

2