ORIGINAL

cc: JAO/RLP

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF Hawaii
_____ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

John Sitki Bade

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Hawaiian Properties Limited
Kapiolani Manor
Association

**Complaint for a Civil Case**

Case No. 18-00167 JAO-RLP
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☒ No
*(check one)*

Second Amended Complaint

Exhibit 1
Notice of Violation

Exhibit 2
Declaration of John Sitki Bade

Exhibit 3
Replacing Drain Pipes Notice

LAW OFFICES OF LESLIE R. KOP

| | |
|---|---|
| LESLIE R. KOP | 4794 |
| BRENDA E. MORRIS | 3462 |
| RANDALL Y. KAYA | 3972 |
| ADRIAN Y. CHANG | 3165 |
| **MICHAEL A. LORUSSO** | **3448** |
| WADE J. KATANO | 6496 |

1100 Ward Avenue, Suite 500
Honolulu, Hawaii 96814
Telephone: (808) 527-7063
Email Address: mlorusso@staffcounsel808.com

BY DROP BOX
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 19 2019
at 9 o'clock and 33 min. P M
SUE BEITIA, CLERK
LS

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: John S. Hi Body
- Street Address: P.O. Box 12004
- City and County: Honolulu HI
- State and Zip Code: HI 96828
- Telephone Number: 808 258-2521
- E-mail Address: ottergander-7074@aol.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Hawaiian Properties Limited
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Kapiolani Manor Association
- Job or Title (if known):
- Street Address:
- City and County:

2

  State and Zip Code  _____

  Telephone Number  _____

  E-mail Address  _____
  (if known)

Defendant No. 3

  Name  _____

  Job or Title  _____
  (if known)

  Street Address  _____

  City and County  _____

  State and Zip Code  _____

  Telephone Number  _____

  E-mail Address  _____
  (if known)

Defendant No. 4

  Name  _____

  Job or Title  _____
  (if known)

  Street Address  _____

  City and County  _____

  State and Zip Code  _____

  Telephone Number  _____

  E-mail Address  _____
  (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Federal Statute 46 USC Section 883_

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Seeking Ten Million dollars for medical expense, pain and suffering and mental anguishes, loss of wages, Hawaiian Properties and the Kapiolani Manor Association failed to fix the air ventilator

(See Attached page for continuation of Statement of claim)

5

(Statement of Claim
Continuation Page)

system in apartment 901 in a timely fashion as ordered by the City and County building inspectors office. Violating the Clean Air Act ("CAA"). See exhibit 1

Also: the defendants failed to repair the water lines causing mold and toxic materials under the Toxic Substance Control Act ("TSCA") See exhibit 2

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Stop using and replace Navy military pipes in the building, repair the damages caused by these pipes. 10 million dollars punitive damages for repair of damages to apartment and negligence from owner/master under the Jones Act of 1920 liability/personal obligation of the employer. (See Relief Continuation)

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/19, 2019

Signature of Plaintiff _____
Printed Name of Plaintiff   John Sitki Bade

B.  **For Attorneys**

Date of signing: _____, 20__.

6

(Relief Continuation)

As of 02/19/2019 the drain pipes that are causing harm to plaintiff still ~~are~~ present violating the Clean Water Act ("CWA") See exhibit (3)

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____