# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JOHN SITKI BADE | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 18-00167 JAO-RLP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| HAWAIIAN PROPERTIES LIMITED;<br>KAPIOLANI MANOR ASSOCIATION | February 27, 2019<br><br>At 9 o'clock and 33 min a.m.<br>SUE BEITIA, CLERK |
| Defendants. | |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed pursuant to the "Order Granting Hawaiian Properties, Ltd. and the Association of Apartment Owners of Kapiolani Manor, Inc.'s Motion to Dismiss Complaint and Request for Injunction Filed on May 8, 2018", filed December 10, 2018, ECF No. 27, the "Order Dismissing First Amended Complaint", filed January 22, 2019, ECF No. 34 and the "Amended Order Dismissing Second Amended Complaint", filed February 27, 2019, ECF No. 37. It is further ordered that the Clerk's Office shall close this case.

| | |
|---|---|
| February 27, 2019 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |